**PRIORITY SEND**
JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.  EDCV 10-00003 VAP(DTBx)                              Date:  February 26, 2010

Title:     FRANZ LUXEN GUARDIA, IN PRO PER -v- ONEWEST ABNK FSB, et al.

================================================================
PRESENT:     HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

|  |  |
|---|---|
| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS:   MINUTE ORDER (1) VACATING ORDER TO SHOW CAUSE; (2) REMANDING ACTION TO CALIFORNIA SUPERIOR COURT, SAN BERNARDINO COUNTY (IN CHAMBERS)

On February 11, 2010, the Court ordered Defendants to show cause, in writing, no later than February 22, 2010, why this action should not be remanded to California Superior Court, San Bernardino County.  Defendants filed no response. Accordingly, the Court orders this action REMANDED to California Superior Court, San Bernardino County.

**IT IS SO ORDERED.**

MINUTES FORM 11                                                  Initials of Deputy Clerk __md __
CIVIL -- GEN                                    Page 1